FILED

08 JUN 18 PM 3:01

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 2031 H DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. PEDRO DE LA ROSA-SOTO, Defendant. | Criminal Case No. ______ |
| | I N D I C T M E N T |
| | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |

The grand jury charges:

On or about April 13, 2008, within the Southern District of California, defendant PEDRO DE LA ROSA-SOTO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

//

MIP:nlv:San Diego
6/18/08

It is further alleged that defendant PEDRO DE LA ROSA-SOTO was removed from the United States subsequent to July 27, 2001.

DATED: June 18, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By: MICHELLE M. PETTIT
Assistant U.S. Attorney