FILED

08 JUN 18 PM 3:02

CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY: 9 DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. PEDRO DE LA ROSA-SOTO, Defendant. | Criminal Case No. '08 CR 2031 H <br> NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Pedro De La Rosa-Soto, Criminal Case No. 08CR1485-GT.

DATED: June 18, 2008.

KAREN P. HEWITT
United States Attorney

[signature]
MICHELLE M. PETTIT
Assistant U.S. Attorney